PHILLIP A, TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ORTEGA SANDOVAL,<br><br>Defendant. | CASE NO.  2:10-MJ-00086-DB<br><br>[PROPOSED] ORDER |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:10-MJ-00086-DB, against ROBERTO ORTEGA SANDOVAL is GRANTED.

Dated: April 15, 2021

HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1